UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASHIFY INC.,

                Plaintiff,

-v-

QING DAO GUANG LI YONG XIN CO. LTD.,
   *a/k/a* LILI BEAUTY LIMITED,
   *d/b/a* VAVALASH,
   *a/k/a* YOUNGLEX BEAUTY,
   *d/b/a* VAVA BEAUTY,
   *d/b/a* WOSHEER,

                Defendant.

25 Civ. 8082 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

Today, the Court held a hearing on the motion by plaintiff Lashify, Inc. ("Lashify") for a preliminary injunction as to defendant Qing Dao Guang Li Yong Xin Co. Ltd. ("Qing Dao"). Dkt. 2. It heard brief argument and put questions to both sides. The Court then issued a bench ruling, granting Lashify's request for a preliminary injunction, which will issue today by separate order.

In addition, as discussed during the hearing:

- **By November 3, 2025**, Qing Dao will file its answer to Lashify's complaint.
- **By November 10, 2025**, the parties will jointly file:

    (1) a civil case management plan and scheduling order, in accordance with the Court's Individual Rules (available at https://www.nysd.uscourts.gov/hon-paul-engelmayer); and

(2) a letter, not to exceed three pages in length, that addresses the following topics: (a) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), and the history of the case, (b) any contemplated motions, and (c) the prospect for settlement.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 27, 2025
    New York, New York