Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
Jodi-Ann McLane
jmclane@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Lashify Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASHIFY, INC.,<br><br>*Plaintiff*<br><br>v.<br><br>QING DAO GUANG LI YONG XIN COMPANY LIMITED a/k/a LILI BEAUTY LIMITED d/b/a VAVALASH a/k/a YOUNGLEX BEAUTY d/b/a VAVA BEAUTY and d/b/a WOSHEER,<br><br>*Defendant* | **CIVIL CASE NO. 25-cv-8082 (PAE)**<br><br>**~~[PROPOSED]~~ ORDER FOR RETURN OF SECURITY BOND** |

The Court, having entered an Order directing the Clerk of Court to close this case, the Court hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

SO ORDERED.

Date: July 6, 2026
New York, New York

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge